```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 01601
THAOUY T NGUYEN
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-0301
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/22/06 and confirmed on 05/18/06.

2. The case was converted to Chapter 7 after confirmation, 09/25/2008.

3. The Debtor paid a total of $ 11626.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIZENS BANK | SECURED VEHIC | 6087.00 | 465.20 | 6087.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6491.59 | .00 | 201.44 |
| B REAL LLC | UNSECURED | 14660.19 | .00 | 454.90 |
| B REAL LLC | UNSECURED | 4064.94 | .00 | 126.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3507.90 | .00 | 108.84 |
| DISCOVER BANK | UNSECURED | 6830.10 | .00 | 211.96 |
| DISCOVER BANK | UNSECURED | 4744.02 | .00 | 147.23 |
| ECMC | UNSECURED | 43118.76 | .00 | 1338.02 |
| CITIZENS BANK | UNSECURED | 121.56 | .00 | 3.78 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6087.00 | .00 | 83539.06 | .00 | 89626.06 |
| PRINCIPAL PAID | 6087.00 | .00 | 2592.30 | .00 | 8679.30 |
| INTEREST PAID | 465.20 | .00 | .00 | .00 | 465.20 |
| TOTAL PAID | 6552.20 | .00 | 2592.30 | .00 | 9144.50 |

The Debtor's attorney, JAMES A YOUNG & ASSOC   , was allowed $  2500.00 and was paid $   500.00  direct and $   2000.00  through the plan.

The Trustee received $    481.50 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/08                    /S/

```
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE




                                      PAGE   2
         CASE NO. 06 B 01601 THAOUY T NGUYEN
```